JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNO PLONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAYCO PRODUCTS, LLC., a corporation;<br>and DOES 1 TO 100, Inclusive,<br><br>　　　　　Defendants. | ) CASE NO.: CV11-01581 CAS (MANx)<br>)<br>) **ORDER OF DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　The parties having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties. Each party shall bear their own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: February 2, 2012

　　　　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

4840-9473-8446, v. 1